738

## Commonwealth ex rel. Moss, Appellant, v. Cavell.

Submitted December 13, 1965. *Leon Moss,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Pitts, Appellant, v. Shovlin.

Submitted December 13, 1965. *Arthur Pitts,* appellant, in propria persona; *Myrna P. Field* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Richards, Appellant, v. Rundle.

Submitted December 13, 1965. *Samuel Richards,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.